United States District Court for the District Court of Puerto Rico

Jose M. Betancourt, Individually, next-of-kin and Friend of Manuel Betancourt, AND AS Executor of the Estate of Manuel Betancourt

09 SEP 14 PM
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Complaint 09-1932 (SEC)

Jury Trial Demanded

V.

Kings Harbor Multicare Center, Alexander Stern, Vincent Marchello, M.D., Daniel Monahan, Shirley McLorn, Director of Nursing, Ms. Feigelbaum, Alan Kopman, Witt, R.N., ~~Director of~~ Head of Security.

## TO THE ABOVE NAMED DEFENDANTS:

You are hereby summoned to answer the Complaint in this action and to serve a copy of your answer, or, if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service on within (30) days after the service is complete if this summons is not personally delivered to you within the state.

Plaintiff Jose M. Betancourt individually and as representative of all the aforementioned plaintiff is a citizen of the U.S. of America with residence in San Juan, P.R. and whose mailing address is     P.O. Box 902 1903
                                                                              San Juan, P.R. 00902-1903

This Honorable Court has jurisdiction based on Diversity of Citizenship.

The matters in controversy exceeds the interests, attorney's fees and costs, specified in 28 USC § 1332.

This action arises under 42 USCA § 1346 (1) (B) (ii), 42 USC 2000 AA, et. al.

This action is also for Breach of Contract, all equitable claims, Breach of Fiduciary Duty, Larceny & Fraud, negligence, medical malpractice, legal malpractice, violations of the Civil Rights of Manuel Bett, and the violations of the Civil Rights of the cosigners of Manuel Betancourt, Jose M. Betancourt.

The Plaintiff respectfully reserves the right to amend the Complaint.

If you do not serve a Notice of Appearance and Answer to the within Complaint within the applicable time limitation, a judgment may be entered against you by default in the amount of 500,001,000.00 together with attorney's fees, costs, and disbursements of this action.

Dated: San Juan, P.R.
11 September, 2009.

Yours, etc.
Q. Bett
P.O. Box 902 1903
San Juan, P.R. 00902.

Joseph Betancourt
Plaintiff Pro Se